OCT 2 9 2003



## ABSTRACT OF JUDGMENT

CAUSE NO. 2002-40624A

RECEIPT NO. 163276

MICHELE LARSON AND
BRIAN LARSON

VS.

QUINCY K.A. SINTIM ET AL

IN THE DISTRICT COURT

OF HARRIS COUNTY, TEXAS

152ND JUDICIAL DISTRICT

I, CHARLES BACARISSE, DISTRICT CLERK of Harris County, Texas, do hereby certify that the following and foregoing is a true and correct Abstract of the Judgment rendered in the 152ND DISTRICT COURT on the 20TH day of DECEMBER, 2002 in Cause No. 2002-40624A in favor of **MICHELE LARSON AND BRIAN LARSON** Judgment Creditor(s), in Judgment, vs.

| JUDGMENT DEBTOR(S) | DOB | TDL | SS# |
|---|---|---|---|
| **QUINCY K.A. SINTIM AND SHIRLEY H. MILLS N/K/A SHIRLEY H. SINTIM, jointly and severally,** 5539 WOODLAND GLADE, HOUSTON TX 77066-5115 | UNKNOWN | UNKNOWN | UNKNOWN |

Judgment debtor(s) in said Judgment, as appears of record in my office in Image No. 1359716 for the 152ND Judicial District Court of Harris County, Texas.

| | |
|---|---|
| Amount of Judgment: | $109,173.21 as actual damages; $218,346.42 as punitive damages, plus prejudgment interest at the rate of (10%) per annum; |
| Amount of Attorney Fees: | $131,007.98; |
| Rate of Interest: | Post Judgment interest on the total of the above at the rate of (10%) per annum from the date of this judgment until paid; |
| Amount of Cost: | Plaintiff recoverable costs: $150.00; |
| Amount of Credits: | None; |
| Amount Due: | Full amount; |

Given under my hand and seal of said Court at Houston, Texas this 27th day of October, 2003, A.D.

CHARLES BACARISSE, District Clerk
HARRIS COUNTY, TEXAS

Issued at the request of:
JAMES I SMITH
LAW OFFICES OF DAVID W SHOWALTER PC
5231 BELLAIRE BLVD
HOUSTON TX 77401-3901

Exhibit
B

BY Ouida Y. Butler, Deputy
OUIDA Y. BUTLER

Bar No.: 18742000