March 10, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

QUINCY K.A. SINTIM AND SHIRLEY H. MILLS N/K/A SHIRLEY H. SINTIM, Appellants

NO. 14-14-00896-CV          V.

MICHELE LARSON AND BRIAN LARSON, Appellees

    This cause, an appeal from the default judgment in favor of appellees, Michele Larson and Brian Larson, signed December 20, 2002, and from post-judgment discovery orders signed October 9, 2014, and October 15, 2014, was heard on the transcript of the record. We **DISMISS** for want of jurisdiction the portions of appellants Quincy K.A. Sintim's and Shirley H. Mills n/k/a Shirley H. Sintim's appeal challenging the validity of the default judgment and the trial court's post-judgment orders as they concern post-judgment discovery. We **AFFIRM** the trial court's award of attorney's fees as sanctions.

    We order the Sintims, jointly and severally, to pay all costs incurred in this appeal.

    We further order this decision certified below for observance.

**Exhibit C**



# MANDATE
## The Fourteenth Court of Appeals
NO. 14-14-00896-CV

| | |
|---|---|
| Quincy K.A. Sintim and Shirley H. Mills n/k/a Shirley H. Sintim, Appellants<br>v.<br>Michele Larson and Brian Larson, Appellees | Appealed from the 152nd District Court of Harris County. (Trial Court No. 2002-40624A). Opinion delivered by Justice Boyce. Justices Busby and Brown also participating. |

**TO THE 152ND DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on March 10, 2016, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the default judgment in favor of appellees, Michele Larson and Brian Larson, signed December 20, 2002, and from post-judgment discovery orders signed October 9, 2014, and October 15, 2014, was heard on the transcript of the record. We **DISMISS** for want of jurisdiction the portions of appellants Quincy K.A. Sintim's and Shirley H. Mills n/k/a Shirley H. Sintim's appeal challenging the validity of the default judgment and the trial court's post-judgment orders as they concern post-judgment discovery. We **AFFIRM** the trial court's award of attorney's fees as sanctions.

We order the Sintims, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, May 19, 2016.

**CHRISTOPHER A. PRINE, CLERK**

*[signature]*