
PI145-2014052732-3


5 PGS

2014044564
20140219149
05/23/2014 RP1 $16.00

1404469

## ABSTRACT OF JUDGMENT

### CAUSE NO. 2002-40624A

### RECEIPT NO. 40064

| | |
|---|---|
| MICHELE LARSON AND BRIAN LARSON | IN THE DISTRICT COURT |
| VS. | OF HARRIS COUNTY, TEXAS |
| QUINCY K.A. SINTIM AND SHIRLEY H. MILLS N/K/A SHIRLEY H. SINTIM, ET AL | 152ND JUDICIAL DISTRICT |

I, **CHRIS DANIEL, DISTRICT CLERK** of Harris County, Texas, do hereby certify that the following and foregoing is a true and correct Abstract of the Judgment rendered in the 152ND DISTRICT COURT on the 20TH day of DECEMBER, 2002 in Cause No. 2002-40624A in favor of **MICHELE LARSON AND BRIAN LARSON**, Judgment Creditor(s), in Judgment, vs.

| JUDGMENT DEBTOR(S) | DOB | TDL | SS# |
|---|---|---|---|
| **QUINCY K A SINTIM and** | UNKNOWN | UNKNOWN | XX-XX-X888 |
| **SHIRLEY H MILLS n/k/a** | UNKNOWN | UNKNOWN | XXX-XX-X370 |
| **SHIRLEY H SINTIM, jointly and severally** | | | |
| 16707 SOUTHERN OAKS DR | | | |
| HOUSTON TX 77068-1507 | | | |

Judgment debtor(s) in said Judgment, as appears of record in my office in Image No. 4264252 for the 152nd Judicial District Court of Harris County, Texas.

| | |
|---|---|
| Amount of Judgment: | 109 Thousand 173 Hundred and 21/100ths Dollars ($109,173.21) as actual damages, the sum of 218 Thousand 346 Hundred and 42/100ths Dollars ($218,346.42) as punitive damages, plus prejudgment interest at the rate of ten percent (10%) per annum; |
| Amount of Attorney Fees: | $131,007.88; |
| Rate of Interest: | Postjudgment interest on the total of the above at the rate of ten percent (10%) per annum from the date of this Judgment until paid; |
| Amount of Cost: | Plaintiff's Recoverable Costs: $150.00; |
| Amount of Credits: | None; |
| Amount Due: | Full Amount; |

Given under my hand and seal of said Court at Houston, Texas this 13TH day of MAY, 2014, A.D.

Issued at the request of:
DAVID W SHOWALTER
SHOWALTER LAW FIRM
1117 FM 359 STE 200
RICHMOND TX 77406

Bar No.: 18306500

CHRIS DANIEL District Clerk
HARRIS COUNTY, TEXAS

BY _____, Deputy
CRYSTAL LOPEZ

**Judgment Creditor(s) Address:**
1117 FM 359 STE 200
RICHMOND TX 77406

Exhibit D

PJ-21   R11-12-90

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in the Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris County, Texas

**FILED FOR RECORD**
8:00 AM

MAY 23 2014

Stan Stanart
County Clerk, Harris County, Texas

MAY 23 2014



Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

VOL1425 PG320

VOL1425 PG319

Doc# 2014052732

**FILED FOR RECORD**
06/04/2014  12:17PM

*Mark Turnbull*
COUNTY CLERK
MONTGOMERY COUNTY, TEXAS

STATE OF TEXAS
COUNTY OF MONTGOMERY
I hereby certify this instrument was filed in file number sequence on the date and at the time stamped herein by me and was duly RECORDED in the Official Public Records of Montgomery County, Texas.

**06/04/2014**

*Mark Turnbull*
County Clerk
Montgomery County, Texas

Ret

# Showalter
## LAW FIRM

1117 FM 359, Suite 200
RICHMOND, TEXAS 77406

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Dianne Wilson*

Dianne Wilson, County Clerk
Fort Bend County, Texas
June 23, 2014  01:06:45 PM
   FEE: $17.00  JE         2014065011
   AJ

1404469

FILED FOR RECORD

14 JUL 11 AM 11:45

DEBBIE HOLLAN
COUNTY CLERK
WALLER COUNTY, TX.
~~Samantha Smith~~ DEPUTY

13.00
10.00
1.00
―――――
24.00 pd

## Showalter
### LAW FIRM
1117 FM 359, Suite 200
RICHMOND, TEXAS 77406

**THE STATE OF TEXAS**
**COUNTY OF WALLER**

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Official Public Records of Waller County, Texas, in the Volume and Page as noted hereon by me.

*Debbie Hollan*

**County Clerk, Waller County, Texas**

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

*Dwight D. Sullivan* 2014044564

August 08, 2014  10:04:55 AM
FEE: $38.00
Dwight D. Sullivan, County Clerk
Galveston County, TEXAS