**Print**

Ownership History: 1179790020009

**16707 SOUTHERN OAKS DR
HOUSTON TX 77068**

| Owner | Effective Date |
|---|---|
| SINTIM QUINCY K A & SHIRLEY | 11/3/2015 |
| QSS INTERESTS LLC | 7/2/2014 |
| SINTIM QUINCY K & SHIRLEY | 4/28/2011 |
| KOH FAMILY LIVING TRUST | 5/10/2005 |
| ALEXANDER BOBBY W & | 7/24/1999 |
| BURNETT RHYS & ERIN | 2/2/1998 |
| PEEBLER ROBERT P & PATRICI | 3/28/1995 |

[end of record]

**-close window-**

**Exhibit**

A