
LEASE A 2017 GENESIS G80. $399 PER MONTH for 36 mos. $3,999 due at lease signing. DRIVE NOW — GENESIS
Legal
Advertisement



Used 2012 BMW 650i Convertible
$33,988
Mileage: 53,699

Ron Carter Clear Lake Cadillac Hyundai     See inventory
844-753-6328
18100 Gulf Fwy
Friendswood, TX 77546
Sponsored

View website

# Used Maserati GranTurismo Vehicles for Sale

**10 cars** found within **500 miles** from 77406    Modify Search    Cars per page: 25    Best Match

Used (✖)  2008 - 2010 (✖)  Maserati GranTurismo (✖)

### Used 2010 Maserati GranTurismo Convertible



$58,995

Mileage: 5,101
Exterior: Nero Carbonio Metallic
Interior: Nero

Trans.: 6 Speed Shiftable Automatic
Engine: 8 Cylinder
Doors: Two Door Convertible

McKinney Buick GMC
249 miles away

Sponsored
Quick View    40 photos

### Used 2009 Maserati GranTurismo Coupe



$35,991

Mileage: 49,978
Exterior: Blu Nettuno Metallic
Interior: Cuoio

Trans.: 6 Speed Shiftable Automatic
Engine: 8 Cylinder
Doors: Two Door Coupe

Houston Direct Auto
15 miles away

Quick View    40 photos

### Used 2010 Maserati GranTurismo Convertible



$43,944

Mileage: 48,792
Exterior: Gray
Interior: Rosso Corallo W/Poltrona...

Trans.: 6 Speed Shiftable Automatic
Engine: 8 Cylinder
Doors: Two Door Convertible

Helfman Dodge Chrysler Jeep Ram
20 miles away

Quick View    18 photos

### Used 2010 Maserati GranTurismo Convertible



$54,995

Mileage: 27,693
Exterior: Wine

Trans.: 6 Speed Shiftable Automatic
Engine: 8 Cylinder
Doors: Two Door Convertible

Maserati of Austin
133 miles away

Exhibit B



**Used 2009 Mas**

Quick View 🔘 27 photos

---

### Used 2010 Maserati GranTurismo Convertible



**$58,995**

Mileage: 5,101
Exterior: Nero Carbonio Metallic
Interior: Nero

Trans.: 6 Speed Shiftable Automatic
Engine: 8 Cylinder
Doors: Two Door Convertible

McKinney Buick GMC
249 miles away

Quick View 🔘 40 photos

---

### Used 2009 Maserati GranTurismo S Coupe



**$44,900**

Mileage: 43,245
Exterior: Blu Oceano (Blue)
Interior: Sabbia

Trans.: 6 Speed Shiftable Automatic
Engine: 8 Cylinder
Doors: Two Door Coupe

Idrive1 Motorcars
239 miles away

Quick View 🔘 30 photos

---

### Used 2008 Maserati GranTurismo S



**$37,995**

Mileage: 52,500
Exterior: Gray
Interior: Black

Trans.: Automatic
Engine: 8 Cylinder
Doors: Four Door Coupe

Private Seller
39 miles away

Quick View 🔘 18 photos

---

### Used 2009 Maserati GranTurismo Sport



**$36,500**

Mileage: 48,700
Exterior: Blue
Interior: Orange

Trans.: Automatic
Engine: 8 Cylinder
Doors: Two Door Coupe

Private Seller
363 miles away

Quick View 🔘 14 photos

---

### Used 2008 Maserati GranTurismo



**$47,000**

Mileage: 18,002
Exterior: Black
Interior: Beige

Trans.: Automatic
Engine: 8 Cylinder
Doors: Two Door Coupe

Private Seller
150 miles away

🔘 18 photos



Quick View

### For Sale Nearby
Sugar Land, TX cars for sale
Rosenberg, TX cars for sale
Houston, TX cars for sale

### By Make
Hyundai for sale in Richmond, TX
Kia for sale in Richmond, TX
Chevrolet for sale in Richmond, TX

### Popular Vehicles
Toyota Corolla for sale in Richmond, TX
Ram 1500 for sale in Richmond, TX
Nissan Altima for sale in Richmond, TX

Search: Find car values or features

FAQ | Contact Us | About Us | Careers | Corporate | Advertising | Media | Site Map | Mobile | KBB Portugal

Follow Us      

© 1995-2017 Kelley Blue Book Co.®, Inc. All rights reserved. Copyrights & Trademarks | Terms of Service | Privacy Policy | Linking Policy | Ad Choices