## SERVICE LIST

John Akard, Jr.
John Akard, Jr., P.C.
11111 McCracken, Suite A
Cypress, Texas 77429

US Trustee
Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, Texas 77590-1403

Owen Mark Sonik on behalf of Creditor Spring Independent School District

Douglas J. Powell on behalf of Creditor FNA DZ, LLC