UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Quincy Kwasi Aboagy Sintim and | § | |
| Shirley Mills Sintim | § | CASE NO. 17-30896 |
| | § | CHAPTER 7 |
| DEBTORS | § | |

**PROPOSED ORDER ON CREDITORS', BRIAN AND MICHELE LARSON, OBJECTION TO DEBTORS' CLAIMED EXEMPTIONS**

Upon consideration of Creditors', Brian Larson and Michele Larson, Objection to Debtors', Quincy Kwasi Aboagy Sintim and Shirley Mills Sintim, claimed exemptions, it is hereby

ORDERED that Creditors' objection to the claim of exemptions in and to the real property located at 16707 Southern Oaks Drive, Houston, Texas 77068 (the "Southern Oaks Property") is sustained, and the Debtors' claimed homestead exemption of the Southern Oaks Property is denied.

It is further ORDERED that the Creditors' objection to the claim of exemptions in and to any interest accrued on the Southern Oaks Property, or any homestead exemption exceeding $250,000, is sustained, and the Debtors' claim of exemption for the full value of the Southern Oaks Property is denied.

It is further ORDERED that Creditors' objection to the claim of exemptions in and to the following luxury automobiles is sustained, and the Debtors' claimed exemption of luxury automobiles, in excess of the amount authorized pursuant to Texas Prop. Code § 42.002(a)(9), is denied:

    a)    2008 Porsche Cayenne

    b)    2009 Mercedes-Benz G55 AMG Sport Utility

   c)  2008 Maserati Gran Turismo.

It is further ORDERED that Creditors' objection to the claim of exemptions in excess of the personal property cap set forth in Texas Prop. Code § 42.001(a)(1) is sustained, and that the Debtors' claimed exemption in excess of the personal property cap set forth in Texas Prop. Code §42.001(a)(1) is denied.

It is further ORDERED that Debtors shall amend Schedule C of the bankruptcy schedules and provide a good faith, current value of the portion of the 2008 Maserati Gran Turismo that they own. Debtors shall file and serve the amended Schedule C in conformity with the requirements of this Order on or before the fifteenth day following the entry of this Order.

Signed this _____ day of _____, 2017.

                     _____
                     UNITED STATES BANKRUPTCY JUDGE