Howard Marc Spector
TBA#00785023
S.D. TEX. Bar No. 23274
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

**ATTORNEY FOR**
**HUNTER KELSEY OF TEXAS, LLC AS AGENT**
**AND ATTORNEY IN FACT FOR FNA DZ II, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| **Quincy Kwasi Aboagye Sintim** § | **CASE NO. 17-30896** |
| § | |
| § | |
| **Debtor** § | |

## NOTICE OF APPEARANCE

Hunter Kelsey of Texas, LLC as agent and attorney in fact for FNA DZ II, LLC hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon its attorney:

> Howard Marc Spector
> Spector & Cox, PLLC
> 12770 Coit Road, Suite 850
> Dallas, Texas 75251
> (214) 365-5377
> FAX: (214) 237-3380
> hspector@spectorcox.com

This request encompasses all notices, copies and pleadings referred to in Section 1109(b) of Title 11, of the United States Code, or in Rules 2002, 3017, or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, plans, disclosure statements and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affects or seeks to affect the above

-2-

case.

       Submitted on January 10, 2025.

                         /s/   *Howard Marc Spector*
Howard Marc Spector
TBA#00785023
S.D. TEX. Bar No. 23274
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

ATTORNEY FOR
HUNTER KELSEY OF TEXAS, LLC AS
AGENT AND ATTORNEY IN FACT FOR
FNA DZ II, LLC

## **CERTIFICATE OF SERVICE**

       This is to certify that a copy of the foregoing pleading was served via electronic means to all parties who receive ECF notice in this case and via United States First Class Mail to the person(s) or entity(ies) listed below on January 10, 2025.

                         /s/ *Howard Marc Spector*
Howard Marc Spector

Quincy Kwasi Aboagye Sintim
Shirley Mills Sintim
16707 Southern Oaks Drive
Houston, TX 77068

Coplen & Banks, PC
11111 McCracken Ln, Suite A
Cypress, TX 77429

Tran Singh, LLP
2502 La Branch Street
Houston, TX 77004

Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, TX 77590-1403